WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
Attorneys for Defendant Ceil Sia
3 Gannett Drive
White Plains, NY 10604
(914) 323-7000
Attn:   James O'Brien, Esq. (JO 6722)
        Lalit K. Loomba, Esq. (LL 9755)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SUSAN BRESCIA,                                : 07 Civ. 8054 (WCC)

                     Plaintiff,               : **NOTICE OF MOTION**
      -against-                                  **TO DISMISS FOR LACK**
                                              : **OF SUBJECT MATTER**
CEIL SIA, sued in her individual capacity,       **JURISDICTION**
                                              :
                     Defendant.
-----------------------------------------------------------------x

TO:

SUSSMAN & WATKINS
40 Park Place, P.O. Box 1005
Goshen, NY 10924
(845) 294-3991

PLEASE TAKE NOTICE that upon the annexed affidavit of Lalit K. Loomba, Esq., sworn to February 21, 2008, the accompanying memorandum of law dated February 21, 2008, and all the prior proceedings herein, defendant Ceil Sia will move this Court, before the Hon. William C. Conner, on March 12, 2008, or as soon thereafter as counsel may be heard, for an Order, pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, dismissing the above-captioned action with prejudice on grounds of lack of subject matter jurisdiction, and for such other, different and further relief as the Court in its discretion may deem just and proper.

1881608.1

PLEASE TAKE FURTHER NOTICE that answer papers, if any, must be served upon the undersigned in accordance with the provisions of Rule 6.1(b) of the Local Civil Rules of the United States District Court for the Southern District of New York.

Dated: White Plains, New York
 February 21, 2008

        WILSON, ELSER, MOSKOWITZ,
        EDELMAN & DICKER LLP
        Attorneys for Ceil Sia

        By: Lalit K. Loomba (LL 9755)

        3 Gannett Drive
        White Plains, NY 10604
        (914) 323-7000
        Our File No.: 04127.00191

1881608.1