WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
Attorneys for Defendant Ceil Sia
3 Gannett Drive
White Plains, NY  10604
(914) 323-7000
Attn:   James O'Brien, Esq. (JO 6722)
        Lalit K. Loomba, Esq. (LL 9755)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

SUSAN BRESCIA,                                    :    07 Civ. 8054 (WCC)

                            Plaintiff,            :    **AFFIDAVIT IN SUPPORT**
                                                       **OF MOTION TO DISMISS**
        -against-                                 :    **FOR LACK OF SUBJECT**
                                                       **MATTER JURISDICTION**
CEIL SIA, sued in her individual capacity,        :

                            Defendant.            :
-------------------------------------------------------------------------x

COUNTY OF WESTCHESTER       )
                            ) ss:
STATE OF NEW YORK           )

        LALIT K. LOOMBA, being duly sworn, deposes and says:

        1.      I am an associate with the law firm Wilson, Elser, Moskowitz, Edelman & Dicker

LLP, attorneys for defendant Ceil Sia in the above-captioned action.  I respectfully submit this

affidavit in support of the defendant's motion to dismiss for lack of subject matter jurisdiction.  I

have knowledge of the facts below based upon my review of the file in this action.

        2.      Annexed hereto as Exhibit A is a copy of the summons and complaint in this

action.

1881666.1

Lalit K. Loomba

Sworn to before me this
21ST day of February 2008

Notary Public

PATRICIA HARRIS
NOTARY PUBLIC, State of New York
No. 01HA6165423
Qualified in Westchester County
Commission Expires May 7, 2011

-2-