## SUSSMAN & WATKINS
*- Attorneys at Law -*

MICHAEL H. SUSSMAN  
CHRISTOPHER D. WATKINS

40 PARK PLACE, P.O. BOX 1005  
GOSHEN, NEW YORK 10924

(845) 294-3991  
Fax: (845) 294-1623  
sussman1@frontiernet.net

LEGAL ASSISTANTS  
GEORGE FIGUEROA  
VIRGINIA ESPOSITO

VIA FACSIMILE (914-390-4170)   **ORIGINAL**

April 4, 2008

Hon. William C. Conner  
United States District Court  
Southern District of New York  
300 Quarropas Street  
White Plains, New York 10601

Re:  Brescia v. Sia;  
     07 Civ. 8054 (WCC)  (ECF CASE)

Dear Judge Conner:

We represent plaintiff in this case. After conferring with defendant's counsel, we respectfully request that the discovery cutoff date be extended to July 25, 2008. Thank you.

Respectfully submitted,

Christopher D. Watkins

cc: James F. O'Brien, Esq. (via fax @ 914-323-7001)

*Request granted.*  
*So Ordered 4/9/08*

*William C. Conner*  
*Sr. U.S.D.J.*

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: _____

E-  
COPIES MAILED TO COUNSEL OF RECORD _____

# SUSSMAN & WATKINS
40 PARK PLACE
PO BOX 1005
GOSHEN, NY 10924
Phone (845) 294-3991
Fax (845) 294-1623
Email sussman1@frontiernet.net
Chris_sussman1@frontiernet.net

## FAX COVER SHEET

This message is intended only for the use of the below named recipients. It may concern information that is privileged, confidential and exempt from disclosure. If you have received this message by mistake or error, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you are not the intended recipient, please notify us immediately by telephone and return the original message to us by mail.
Thank you.

DATE: 4/4/08

NUMBER OF PAGES: 2 (including cover sheet)

TRANSMITTED TO:

Name: Hon. William C. Conner    Fax #: (914) 390-4170
Name: James O'Brien, ESQ    Fax #: (914) 323-7001
Name: _____    Fax #: _____
Name: _____    Fax #: _____

___ WILL    X WILL NOT be sent via mail.

A copy of this document

NOTES: